UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JIMMY AVILA,

        Plaintiff,

   -v.-

1212 GRANT REALTY, LLC, et al.,

        Defendants.
------------------------------------------------------------x

ORDER

18 Civ. 7851 (LGS) (GWG)

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

    On December 5, 2019, the Court issued an Order to Show Cause directing plaintiff to explain why he was late to the scheduled conference that morning. Docket # 88. Per the Court's order, the deadline for submitting this explanation was December 19, 2019. The Court has not received any explanation from plaintiff.

    The Court will give plaintiff one final opportunity to explain his late arrival to the conference on December 5, 2019. Accordingly, plaintiff is hereby ORDERED to file a letter on or before January 21, 2020, with this explanation.

    The Court also notes that the Pro Se Intake Unit at the United States Courthouse, 40 Centre Street, Room 105, New York, New York ((212) 805-0175) may be of assistance to the plaintiff in connection with court procedures.

    SO ORDERED.

Dated: January 7, 2020
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

Copy sent to:

Jimmy Avila
1212 Grant Avenue
Apt. 1C
Bronx, NY 10456