UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/20

-------------------------------------------------------------x
                         :

JIMMY AVILA,
                         :

        Plaintiff,              ORDER

                         :

    -v.-
                         :      18 Civ. 7851 (LGS) (GWG)

1212 GRANT REALTY, LLC, et al.,    :

        Defendants.        :
-------------------------------------------------------------x

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

        The Court has issued two orders, dated December 5, 2019, and January 7, 2020, directing plaintiff to file a letter with the Court containing an explanation for his failure to appear on time for the previously-scheduled conference. Docket ## 88, 97. To date, plaintiff has not complied.

        At this point, the Court does not know whether plaintiff intends to proceed with this case. Accordingly, plaintiff is hereby ORDERED to file a letter on or before February 18, 2020, indicating whether he wishes to proceed with this case. In his letter, the plaintiff may also include any preferred days of the week and times for the Court to hold a rescheduled conference.

        If plaintiff fails to file such a letter by that date, he is warned that <u>his case may be dismissed for failure to prosecute</u>. The Court notes that the Pro Se Intake Unit at the United States Courthouse, 40 Centre Street, Room 105, New York, New York ((212) 805-0175) may be of assistance to the plaintiff in connection with court procedures.

        SO ORDERED.

Dated: January 28, 2020
      New York, New York

                              GABRIEL W. GORENSTEIN
                              United States Magistrate Judge

Copy sent to:

Jimmy Avila
1212 Grant Avenue
Apt. 1C
Bronx, NY 10456