UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------x
                     :

JIMMY AVILA,

                     :

          Plaintiff,               ORDER

                     :

     -v.-

                     :       18 Civ. 7851 (LGS) (GWG)

1212 GRANT REALTY, LLC, et al.,       :

          Defendants.         :
--------------------------------------------------------x

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

      The conference scheduled for Tuesday, March 17, 2020 at 2:30 p.m. is changed to a
telephone conference.  The time of the conference is changed to 2:45 p.m.  At that time, counsel
for defendants is directed to place a call to the Court at (212) 805-4260 with all parties on the
line.  Defendants are directed to contact plaintiff immediately by telephone to inform him of this
change.

      SO ORDERED.

Dated: March 13, 2020
       New York, New York

                                   GABRIEL W. GORENSTEIN
                                   United States Magistrate Judge

Copy mailed to:

Jimmy Avila
1212 Grant Avenue, Apt. 1C
Bronx, New York  10456