UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                               :
JIMMY AVILA,
                                                               :
                Plaintiff,                  ORDER
                                                               :
    -v.-
                                                               :    18 Civ. 7851 (LGS) (GWG)

1212 GRANT REALTY, LLC, et al.,         :

             Defendants.         :
---------------------------------------------------------------x

GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

      The defendant was required to file certain pretrial materials by October 26, 2020.  See Order dated September 21, 2020 (Docket # 115)  No such materials have been filed.  The defendant is directed to file a letter explaining the status of this matter on or before October 30, 2020.

      The Clerk is requested to mail a copy of this Order to the pro se plaintiff.

SO ORDERED.

Dated: October 27, 2020
       New York, New York

                                             GABRIEL W. GORENSTEIN
                                             United States Magistrate Judge