

270 Madison Avenue
New York, N.Y. 10016
Tel: 212.867.4466
Fax: 212.297.1859
www.bbgllp.com
jsolomon@bbgllp.com

# MEMORANDUM ENDORSEMENT

November 4, 2020

**The joint pre-trial statement shall be filed within 10 days of the conclusion of the mediation in the event it does not resolve all claims.**

**So Ordered.**

*/s/ Gabriel W. Gorenstein*
GABRIEL W. GORENSTEIN
United States Magistrate Judge
**November 4, 2020**

**VIA ECF**
Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Avila v. 1212 Grant Realty, LLC,* Case No. 18-cv-7851(LGS)(GWG)

Dear Judge Gorenstein:

I am counsel for Defendant, 1212 Grant Realty, LLC ("Landlord"), in the above referenced lawsuit. The referenced case was filed *pro se* by Mr. Avila alleging discrimination and harassment under the Fair Housing Act (and other federal and state statutes), concerning an apartment in Landlord's building leased to Defendant Basics, Inc. ("Basics"). The complaint as it pertained to Basics was previously dismissed [ECF Doc. No. 80].

In response to my prior application by letter, dated October 28, 2020 (wherein I advised the Court that the parties desired to proceed with mediation, and requested an extension of time through November 13, 2020 to file a Joint Pre-trial Statement), the Court graciously granted my request [ECF Doc No. 119], referred the case to mediation [ECF Doc No. 120], and extended Landlord's time to file the Joint Pre-trial Statement to November 13, 2020.

The purpose of this letter is to request a further extension of time to file the Joint Pre-trial Statement until ten (10) days after the mediation is concluded, in the event that the mediation is not successful in resolving all of Plaintiff's claims. The Landlord and its counsel would like to focus their time and resources on a global resolution of Mr. Avila's claims, rather than incurring the expense of preparing the Joint Pre-trial Statement, which we hope will be moot.

Mr. Avila's special counsel, Susanne Keane, Esq., has consented to this request, subject to the Court's approval. Thank you for your time and consideration.

Respectfully submitted,

Jay B. Solomon

cc: Via ECF
Mr. Jimmy Avila – via overnight courier
Susanne Keane, Esq. <SKeane@nylag.org>

SLOFFREDO/13529.0001/2918455