UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
: 
JIMMY AVILA, :
                         Plaintiff, :
:     18 Civ. 7851 (LGS)
          -against- :
:     <u>ORDER</u>
1212 GRANT REALTY, LLC, et al., :
                      Defendants. :
------------------------------------------------------------ X

WHEREAS, on March 2, 2021, a mediation conference was held, and the mediation status was due by April 1, 2021.

WHEREAS, the parties failed to file a letter stating the status of mediation by April 1, 2021. It is hereby

**ORDERED** that the parties shall file a letter by **April 9, 2021**, stating the status of mediation.

Dated: April 8, 2021
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE